FILED

2008 JUN 16 ⌐ 8: 28

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

## PETITION FOR A WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

Name  LYNCH              JEFFREY           S
     (Last)              (First)        (Initial)

Prisoner Number  E41568

Institutional Address  HIGH DESERT STATE PRISON, POST OFFICE BOX 3030

SUSANVILLE CALIF.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

JEFFREY STUART LYNCH                     )
(Enter the full name of plaintiff in this action.)  )
                                         )    Case No. C08 02962 SBA
           vs.                           )    (To be provided by the clerk of court)
                                         )
TOM FELKNER                              )
_____  )    **PETITION FOR A WRIT**
                                         )    **OF HABEAS CORPUS**
_____  )
                                         )
_____  )
                                         )
_____  )
(Enter the full name of respondent(s) or jailor in this action)  )
                                         )

### Read Comments Carefully Before Filling In

**When and Where to File**

You should file in the Northern District if you were convicted and sentenced in one of these counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo and Sonoma. You should also file in this district if you are challenging the manner in which your sentence is being executed, such as loss of good time credits, and you are confined in one of these counties. Habeas L.R. 2254-3(a).

If you are challenging your conviction or sentence and you were not convicted and sentenced in one of the above-named fifteen counties, your petition will likely be transferred to the United States District Court for the district in which the state court that convicted and sentenced you is located. If you are challenging the execution of your sentence and you are not in prison in one of these counties, your petition will likely be transferred to the district court for the district that includes the institution where you are confined. Habeas L.R. 2254-3(b).

1  Who to Name as Respondent

2      You must name the person in whose actual custody you are. This usually means the Warden or

3  jailor. Do not name the State of California, a city, a county or the superior court of the county in which

4  you are imprisoned or by whom you were convicted and sentenced. These are not proper

5  respondents.

6      If you are not presently in custody pursuant to the state judgment against which you seek relief

7  but may be subject to such custody in the future (e.g., detainers), you must name the person in whose

8  custody you are now <u>and</u> the Attorney General of the state in which the judgment you seek to attack

9  was entered.

10 A. INFORMATION ABOUT YOUR CONVICTION AND SENTENCE

11     1. What sentence are you challenging in this petition?

12         (a)    Name and location of court that imposed sentence (for example; Alameda

13         County Superior Court, Oakland):

14 SANTA CLARA SUPERIOR COURT

15         Court                                            Location

16         (b)    Case number, if known _____ 181690 _____

17         (c)    Date and terms of sentence _____ 25 years to life _____

18         (d)    Are you now in custody serving this term? (Custody means being in jail, on

19         parole or probation, etc.)     Yes __X__    No _____

20         Where?

21         Name of Institution: _____ HIGH DESERT STATE PRISON _____

22         Address: _____ POST OFFICE BOX 3030   SUSANVILLE Ca. 96127-3030 _____

23     2. For what crime were you given this sentence? (If your petition challenges a sentence for

24 more than one crime, list each crime separately using Penal Code numbers if known. If you are

25 challenging more than one sentence, you should file a different petition for each sentence.)

26     P.C. 273.59 (A) IMPOSED PURSUANT TO CALIFORNIA THREE STRIKES LAW

27

28

3. Did you have any of the following?

   Arraignment:          Yes  X   No _____

   Preliminary Hearing:  Yes  X   No _____

   Motion to Suppress:   Yes _____ No _____

4. How did you plead?

   Guilty _____   Not Guilty  X    Nolo Contendere _____

   Any other plea (specify) __PRIOR CONVICTION__

5. If you went to trial, what kind of trial did you have?

   Jury _____   Judge alone  X    Judge alone on a transcript _____

6. Did you testify at your trial?      Yes  X   No _____

7. Did you have an attorney at the following proceedings:

   (a) Arraignment                          Yes  X   No _____

   (b) Preliminary hearing                  Yes  X   No _____

   (c) Time of plea                         Yes  X   No _____

   (d) Trial                                Yes  X   No _____

   (e) Sentencing                           Yes  X   No _____

   (f) Appeal                               Yes  X   No _____

   (g) Other post-conviction proceeding     Yes  X   No _____

8. Did you appeal your conviction?         Yes  X   No _____

   (a) If you did, to what court(s) did you appeal?

   Court of Appeal                          Yes  X   No _____

   Year: __1997__    Result: __AFFIRMED__

   Supreme Court of California              Yes  X   No _____

   Year: __2007__    Result: __DENIED__

   Any other court                          Yes  X   No _____

   Year: __2007__    Result: __DENIED__

   SEE ATTACHED PETITION

   (b) If you appealed, were the grounds the same as those that you are raising in this

PET. FOR WRIT OF HAB. CORPUS         - 3 -

```
1            a._____
2            b._____
3            c._____
4            d._____
5         Result: _____ Date of Result: _____
6    III.  Name of Court: _____
7         Type of Proceeding: _____
8         Grounds raised (Be brief but specific):
9            a._____
10           b._____
11           c._____
12           d._____
13        Result: _____ Date of Result: _____
14   IV.  Name of Court: _____
15        Type of Proceeding: _____
16        Grounds raised (Be brief but specific):
17           a._____
18           b._____
19           c._____
20           d._____
21        Result: _____ Date of Result: _____
```

(b)  Is any petition, appeal or other post-conviction proceeding now pending in any court?

Yes _____    No **X**

Name and location of court: _____

B. GROUNDS FOR RELIEF

State briefly every reason that you believe you are being confined unlawfully. Give facts to support each claim. For example, what legal right or privilege were you denied? What happened? Who made the error? Avoid legal arguments with numerous case citations. Attach extra paper if you

need more space. Answer the same questions for each claim.

[Note: You must present ALL your claims in your first federal habeas petition. Subsequent petitions may be dismissed without review on the merits. 28 U.S.C. §§ 2244(b); McCleskey v. Zant, 499 U.S. 467, 111 S. Ct. 1454, 113 L. Ed. 2d 517 (1991).]

Claim One: **PROSECUTORIAL MISCONDUCT**

Supporting Facts: **SEE ATTACHED SHEET**

Claim Two: **INEFFECTIVE ASSISTANCE OF COUNCIL**

Supporting Facts: **SEE ATTACHED SHEET**

Claim Three: **FACTUAL INNOCENCE**

Supporting Facts: **SEE ATTACHED SHEET**

If any of these grounds was not previously presented to any other court, state briefly which grounds were not presented and why:

CLAIM ONE:

THE PROSECUTIONS WITNESS WAS COERCED WHEN THE PROSECUTOR MADE PROMISES TO GIVE THE WITNESS MONEY PAYMENTS IN EXCHANGE FOR THEIR TESTIMONY AT THE PETITIONERS TRAIL ,THE PROSECUTORS MISCONDUCT WAS EGREGIOUS AS TO RENDER THE ENTIRE TRAIL FUNDAMENTALLY UNFAIR.

CLAIM TWO:

PETITIONER ALLEGES THAT HIS ATTORNEY WAS INEFFECTIVE FOR FAILING TO CHALLENGE THE QUALIFICATIONS AND COMPETENCE OF THE GOVERNMENTS WITNESS.THIS CLAIM HAS MERIT BECAUSE THE PETITIONER HAS DEMONSTRATED A REASONABLE PROBABILITY THAT HAD PETITIONERS ATTORNEY CHALLENGED THE WITNESS' COMPENTENCY THE RESULT OF THE PROCEEDING WOULD HAVE BEEN DIFFERENT,PETITIONER HAS ESTABLISHED THAT HIS CASE WAS PREJUDICED BY HIS ATTORNEYS INEFFECTIVE REPRESENTATION.

CLAIM THREE

PETITIONER IS ACTUALLY INNOCENT AND A MISCARRIAGE OF JUSTICE HAS OCCURED.

1  List, by name and citation only, any cases that you think are close factually to yours so that they
2  are an example of the error you believe occurred in your case. Do not discuss the holding or reasoning
3  of these cases:

4  _____
5  _____
6  _____

7  Do you have an attorney for this petition?                     Yes____    No  X
8  If you do, give the name and address of your attorney:
9  _____

10  WHEREFORE, petitioner prays that the Court grant petitioner relief to which s/he may be entitled in
11  this proceeding. I verify under penalty of perjury that the foregoing is true and correct.

12
13  Executed on _____       _____
14          Date                                 Signature of Petitioner

20  (Rev. 6/02)

PET. FOR WRIT OF HAB. CORPUS        - 7 -

JEFFREY S. LYNCH E41568
H.D.S.P. BLDG A1-129 Low
POST OFFICE BOX 3030
SUSANVILLE, CALIF 96127-3030

RENO NV 895  JUN  11  2008

STATE PRISON   A7

(Legal)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
280 SOUTH FIRST STREET, STE 2112
SAN JOSE, CALIF 95113