FILED

2008 JUN 16 A 8: 28

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JEFFREY S. LYNCH    Plaintiff,

vs.

TOM FELKER

Defendant.

)
)
)
)
)
)
)
)
)
)
)
)

C 08 CASE NO. 02962 SBA

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, **JEFFREY S. LYNCH**, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.    Are you presently employed?    Yes ____ No __X__

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: ____ **NONE** ____    Net: ____ **NONE** ____

Employer: ____ **NONE** ____

____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

PRIS. APPLIC. TO PROC. IN FORMA

PAUPERIS, Case No. ____    - 1 -

and wages per month which you received.   (If you are imprisoned, specify the last place of

employment prior to imprisonment.)

**FRY'S ELECTRONICS**

_____

_____

_____

2.      Have you received, within the past twelve (12) months, any money from any of the following

sources:

      a.      Business, Profession or          Yes ____ No _**X**_

         self employment

      b.      Income from stocks, bonds,      Yes ____ No _**X**_

         or royalties?

      c.      Rent payments?                  Yes ____ No **X**__

      d.      Pensions, annuities, or         Yes ____ No _**X**_

         life insurance payments?

      e.      Federal or State welfare payments,   Yes ____ No _**X**_

         Social Security or other govern-

         ment source?

If the answer is "yes" to any of the above, describe each source of money and state the amount

received from each.

_____

_____

3.      Are you married?                        Yes ____ No __**X**__

Spouse's Full Name: _____**NONE**_____

Spouse's Place of Employment: _____

Spouse's Monthly Salary, Wages or Income:

Gross $_____**0**_____ Net $_____**0**_____

4.      a.      List amount you contribute to your spouse's support : $ _____

      b.      List the persons other than your spouse who are dependent upon you for support

and indicate how much you contribute toward their support.  (NOTE: For minor children, list only their initials and ages.  DO NOT INCLUDE THEIR NAMES.).

_____**NONE**_____

_____

5.      Do you own or are you buying a home?              Yes ____  No __**x**__

Estimated Market Value: $_____ Amount of Mortgage: $_____

6.      Do you own an automobile?                         Yes ____  No _**x**__

Make _____**x**_____    Year _____**x**_____    Model ___**x**_____

Is it financed? Yes _____ No ___**X**___ If so, Total due: $ _____**X**_____

Monthly Payment: $ _____**0**_____

7.      Do you have a bank account?  Yes ____ No **X** ___ (Do <u>not</u> include account numbers.)

Name(s) and address(es) of bank: _____**NONE**_____

_____

Present balance(s):  $ _____**0**_____

Do you own any cash?  Yes ____ No**X**___  Amount: $ _____**NONE**_____

Do you have any other assets?  (If "yes," provide a description of each asset and its estimated market value.)   Yes ____ No **X**__

_____

8.      What are your monthly expenses?

Rent: $ _____**NONE**_____   Utilities: _____**NONE**_____

Food:  $ _____**0**_____   Clothing: _____**0**_____

Charge Accounts:

| <u>Name of Account</u> | <u>Monthly Payment</u> | <u>Total Owed on This Acct.</u> |
|---|---|---|
| _____**NONE**_____ | $ _____**NONE**_____ | $ _____**NONE**_____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

9.      Do you have any other debts?  (List current obligations, indicating amounts and to whom they are payable.  Do <u>not</u> include account numbers.)

PRIS. APPLIC. TO PROC. IN FORMA

1   _____

2   _____

3   10.    Does the complaint which you are seeking to file raise claims that have been presented in

4   other lawsuits?                                    Yes ____ No **X**____

5   Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which

6   they were filed.

7   ____**NO OTHER CRIMINAL MATTERS PENDING BEFORE ANYOTHER**_____

8   ____**COURT.**_____

9        I consent to prison officials withdrawing from my trust account and paying to the court the

10  initial partial filing fee and all installment payments required by the court.

11       I declare under the penalty of perjury that the foregoing is true and correct and understand

12  that a false statement herein may result in the dismissal of my claims.

13

14  6-10-08

15       DATE                        SIGNATURE OF APPLICANT

16

17

18

19

20

21

22

23

24

25

26

27

28

PRIS. APPLIC. TO PROC. IN FORMA

PAUPERIS, Case No. _____                    - 4 -

1
2
Case Number: _____

3
4
5
6
7
8

9
**CERTIFICATE OF FUNDS**

10
**IN**

11
**PRISONER'S ACCOUNT**

12

13
    I certify that attached hereto is a true and correct copy of the prisoner's trust account

14
statement showing transactions of **JEFFREY S. LYNCH**_____ for the last six months at

15
[prisoner name]

16
**HIGH DESERT STATE PRISON**_____ where (s)he is confined.

17
[name of institution]

18
    I further certify that the average deposits each month to this prisoner's account for the most

19
recent 6-month period were $ ___17.19___ and the average balance in the prisoner's account

20
each month for the most recent 6-month period was $ __35.44__ .

21

22
Dated: _6/9/08_

23
[Authorized officer of the institution]

24
25
26
27
28

-5-

<u>PROOF OF SERVICE BY PERSON IN STATE CUSTODY</u>

I, the undersigned, hereby declare that I am over the age of eighteen (18), and that I am incarcerated at High Desert State Prison in Susanville, California, that I am [ ] or am not [ ] a party to this action, and that on the __9__ day of **JUNE**_____, 200**8**, I served a true and complete copy of the following:

> **(1). WRIT OF HABEAS CORPUS.**
>
> **(1).PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS**
> **(1).CERTIFICATE OF FUNDS IN PRISONER'S ACCOUNT**
> **(1).PROOF OF SERVICE**

by handing it to institutional staff with First Class Postage prepaid in full for mailing to the following addresse[s]:

> **UNITED STATES DISTRICT COURT**
> **NORTHERN DISTRICT OF CALIFORNIA**

I, declare under penalty of perjury that the foregoing is true and correct.

EXECUTED ON _____, in Susanville, California, County of Lassen.

_____
Print Name

_____
Signature