IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JEFFREY STUART LYNCH,

    Petitioner,

v.

TOM FELKER, Warden,

    Respondent.

No. C 08-02962 SBA (PR)

**ORDER REGARDING *IN FORMA PAUPERIS* MOTION**

    Petitioner has filed a pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner filed an in forma pauperis (hereinafter "IFP") application; however, he did not file a copy of his prisoner trust account statement.

    The Court cannot conduct an initial review of this matter until Petitioner has either paid the filing fee or filed a completed IFP application with the requisite documents. See 28 U.S.C. § 1915(a) (a party is permitted to file a civil action in federal court without prepayment of fees or security if he makes an affidavit that he is unable to pay such fees or give security therefor).

    Accordingly, Petitioner shall pay the requisite $5.00 filing fee in this action no later than **thirty (30) days** from the date of this Order. He shall include with his payment a clear indication that it is for the above-referenced case number, C 08-02962 SBA (PR). In the event that Petitioner is unable to pay the filing fee, he shall submit the prisoner trust account statement no later than **thirty (30) days** from the date of this Order. Failure to pay the filing fee or file the requisite documents within the thirty-day deadline shall result in dismissal of this action.

    Petitioner named "Tom Felkner" as the respondent in this action; however, Tom Felker, the correct spelling of the name of the current warden of High Desert State Prison, has been substituted as Respondent pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.

    IT IS SO ORDERED.

DATED: 8/29/08

SAUNDRA BROWN ARMSTRONG
United States District Judge

P:\PRO-SE\SBA\HC.08\Lynch2962.IFP-Statement.frm

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

JEFFREY S. LYNCH,

        Plaintiff,

  v.

TOM FELKER et al,

        Defendant.

Case Number: CV08-02962 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 4, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jeffrey Stuart Lynch E41568
High Desert State Prison
P.O. Box 3030
Susanville, CA 96127-3030

Dated: September 4, 2008

                                          Richard W. Wieking, Clerk
                                          By: LISA R CLARK, Deputy Clerk